# COURTROOM MINUTES
# PRETRIAL MOTION HEARING

DATE: _____  DAY: _____  START TIME: _____  END TIME: _____

JUDGE/MAG.: _____  CLERK: _____  REPORTER: _____

PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES    NO

CASE NUMBER: _____  CASE NAME: USA v. _____

**APPEARANCES:**

ASST. U.S. ATTY.: _____  DEFENDANT ATTY.:    _____

_____  _____

DEFENDANT PRESENT:          YES          NO          EXCUSED BY COURT

MOTIONS FILED:              YES          NO

DOCKET NO.:    DESCRIPTION:                                    *STATUS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*D (DENIED)     G (GRANTED)     M(MOOT)     DAU(DENIED AS UNNECESSARY)     GIP (GRANTED IN PART)

TRIAL ESTIMATE: _____  TRIAL DATE: _____

BRIEFING SCHEDULE: SUPPORT _____  OPPO. _____  REPLY _____

TOTAL COURT TIME _____